# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-1451
LT Case No. 2020-CF-001050-A

———————————————

SHANE ROGERS SIMMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.850 appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Shane Rogers Simms, East Palatka, pro se.

Ashley Moody, Attorney General, Tallahassee, and Allison Leigh
Morris, Assistant Attorney General, Daytona Beach, for Appellee.

November 28, 2023

PER CURIAM.

AFFIRMED.

JAY, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____